IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY HORNER MOTHERS GUILD, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| -vs- | ) | No. 91 C 3316 |
| | ) | |
| THE CHICAGO HOUSING AUTHORITY | ) | Hon. James B. Zagel |
| (CHA), an Illinois Municipal Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Ms. Linda Wawzenski                    Mr. Jeremy Bergstrom
     Assistant United States Attorney       Shriver Nat'l Center on Poverty Law
     219 S. Dearborn St., 15th Floor        50 E. Washington St.
     Chicago, IL 60604                      Chicago, IL 60602

PLEASE TAKE NOTICE that on **February 16, 2016 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Courthouse, 219 S. Dearborn Street, Chicago, IL, and then and there present the DEFENDANT CHICAGO HOUSING AUTHORITY'S AGREED MOTION TO MODIFY PAR. 18 OF THE HORNER AMENDED CONSENT DECREE IN ORDER TO PERMIT A LAND SWAP WITH THE CHICAGO PARK DISTRICT.

/s/Thomas E. Johnson
One of the attorneys for CHA

Thomas E. Johnson
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Ave., Suite 1310
Chicago, IL 60603
(312) 578-8100

## CERTIFICATE OF SERVICE

Thomas E. Johnson, an attorney, hereby certifies that the attached Motion was served upon the parties listed above by the federal court's e-filing system on March 19, 2014.

/s/Thomas E. Johnson